COMMONWEALTH of Pennsylvania, Respondent

v.

Calvin SMITH, Petitioner

No. 84 EAL 2017

Supreme Court of Pennsylvania.

June 28, 2017

## ORDER

PER CURIAM

**AND NOW,** this 28th day of June, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Jack J. JAROSZ, Jr., Petitioner

No. 20 WAL 2017

Supreme Court of Pennsylvania.

June 28, 2017

## ORDER

PER CURIAM

**AND NOW,** this 28th day of June, 2017, the Petition for Allowance of Appeal is **DENIED.**

Cal HEIDELBERG, Jr., Petitioner

v.

PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Respondent

No. 81 WAL 2017

Supreme Court of Pennsylvania.

June 28, 2017

## ORDER

PER CURIAM

**AND NOW,** this 28th day of June, 2017, the Petition for Allowance of Appeal is **DENIED.**